UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:22-CV-01344-CEM-DCI

HOWARD COHAN,

     Plaintiff,

vs.


GOOD RESTAURANT 1 LLC
a Florida Limited Liability Company
d/b/a WINGSTOP

     Defendant(s).

_____/


## NOTICE OF SETTLEMENT

     The Plaintiff, HOWARD COHAN and the Defendant, GOOD RESTAURANT 1, LLC, a Florida Limited Liability Company, d/b/a WINGSTOP, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

     RESPECTFULLY SUBMITTED September 6, 2022.

**By: /s/ Gregory S. Sconzo**               /s/ Raul Lopez
GREGORY S. SCONZO, ESQUIRE     RAUL R. LOPEZ, ESQUIRE
Florida Bar No.: 0105553                 Florida Bar No. 705667
Sconzo Law Office, P.A.                  Gastesi Lopez & Mestre, PLLC
3825 PGA Boulevard, Suite 207        8105 NW 155th Street
Palm Beach Gardens, FL 33410        Miami Lakes, FL 33016

1

Telephone: (561) 729-0940
Email: greg@sconzolawoffice.com
Email: samantha@sconzolawoffice.com
Attorneys for Plaintiff

Telephone: (305) 818-9993
Email: lopez@glmlegal.com
Counsel for Defendant, Good
Restaurant 1, LLC
d/b/a Wingstop

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 6, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

**/s/ Gregory S. Sconzo**
**Gregory S. Sconzo, Esq.**